746 A.2d 1107

**Gerald TEDESCO, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Appellee.**

**H. Wayne Weinstein and Hartley C. King, Intervenors.**

Supreme Court of Pennsylvania.

Feb. 23, 2000.

## *ORDER*

PER CURIAM:

The order of the Commonwealth Court is hereby affirmed.